JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-6261-MWF(MRWx)**                                Dated: **June 25, 2018**

Title:        Edward Melendez -*v*- Steve Dayan, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Michael P. Kelly                                           Robert A. Cantore

**PROCEEDINGS:**        **ORDER TO SHOW CAUSE RE DISMISSAL**

Case called and counsel make their appearance. The hearing is held.

The Court hears from counsel regarding the status of the dismissal. For reasons stated on the record, the Court dismisses the case without prejudice.

**IT IS SO ORDERED.**